# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIA PEREZ,<br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>**Acting Commissioner of Social Security Administration**,<br>    Defendant. | CIVIL ACTION<br><br><br><br>NO. 16-2249 |

## O R D E R

**AND NOW**, this 29th day of December, 2017, upon consideration of Plaintiff's Request for Review (Document No. 12, filed November 19, 2016), the record in this case, the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, dated November 30, 2017, no objections having been filed, **IT IS ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, dated November 30, 2017, is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review is **GRANTED** to the extent plaintiff seeks a remand to the Acting Commissioner of Social Security and **DENIED** in all other respects;

3. The case is **REMANDED** to the Commissioner of the Social Security Administration in accordance with the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, dated November 30, 2017.

                    **BY THE COURT:**

                    /s/ **Hon. Jan E. DuBois**

                     **DuBOIS, JAN E., J.**